# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                           **Criminal Action No. 3:06CR36**

**CHRISTOPHER LANCASTER,**

    **Defendant.**

## REPORT AND RECOMMENDATION

On the 7th day of July 2006, the Defendant appeared in person and by his counsel, James T. Kratovil, and the United States appeared by Thomas O. Mucklow, Assistant United States Attorney, for a hearing on the Probation Officer's petition to Revoke Pretrial Release.

On July 6, 2006, before District Judge W. Craig Broadwater, the Defendant entered a plea of guilty to a one count Information for acquiring a controlled substance by fraud. The Defendant was released on a $15,000 appearance bond and subject to the standard terms of pretrial release for this District. Among those conditions were Standard Condition 1, "The Defendant shall not commit any offense in violation of federal, state or local law while on release in this case."

The Court heard evidence and testimony at the July 7, 2006, revocation hearing indicating that the Defendant was not truthful with the Court at the July 6, 2006, Rule 11 hearing. For that reason, and those placed on the record at the hearing, the undersigned recommends that the Defendant's pretrial release be **REVOKED**.

The Defendant shall be remanded to the custody of the United States Marshals' Service.

It is so **ORDERED.**

The Clerk is directed to transmit true copies of this Order to all counsel of record herein.

**DATED**  July 12, 2006

_____
DAVID J. JOEL
UNITED STATES MAGISTRATE JUDGE